IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

David Burrows
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Ideal Services
Diane Cox
Steve Cox
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*
Not Sure

Jury Trial:    ☐ Yes    ☐ No
           *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                    Dave R. Burrows
Street Address          1335 Fleming ave Apt 209
City and County         ormond Beach
State and Zip Code      Florida 32174
Telephone Number        386 - 265 2050
E-mail Address          none

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known) and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1

Name                    Ideal Security services
Job or Title            mgr
(if known)
Street Address          unknown
City and County         Daytona Beach Volusia
State and Zip Code      Fla 32114
Telephone Number        386 2539675
E-mail Address          unknown
(if known)

☐    Individual capacity        ☑  Official capacity

Defendant No. 2

Name                    Steve Cox
Job or Title            asst mgr

(if known)

Street Address      _____

City and County      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____
(if known)

☐    Individual capacity      ☐    Official capacity

**Defendant No. 3**

Name      _____

Job or Title      _____
(if known)

Street Address      _____

City and County      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____
(if known)

☐    Individual capacity      ☐    Official capacity

**Defendant No. 4**

Name      _____

Job or Title      _____
(if known)

Street Address      _____

City and County      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____
(if known)

☐    Individual capacity      ☐    Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)
☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Wrongful Termination

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Wrongful Termination

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I Believe I was wrongfully for trying to Paint many stuff violations that were reported to Diane cox nothing was ever Done, she wouldnt answer her Phone when I tried to report that certain security Guards were caught Daing illegall activities while on the Job

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events. You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims. Do not cite any cases or
statutes. If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

at the law housing Development
on Beach Street in Daytona Beach

B.    What date and approximate time did the events giving rise to your claim(s) occur?

I have all that information that I
will Be send along with those
Documents

C.    What are the facts underlying your claim(s)? *(For example: What happened to
you? Who did what? Was anyone else involved? Who else saw what happened?)*

I cant give you Dates only name
a guard By the name of Daniel montrose
was on the Jab and disappered ento
on apartmont with his wife they Both
were Both found entoxicated
on Drugs and alcohal and nothing
was ever Done about he wasnt
even Terminated, also another Guard
By the name of Gino Brochola I
witnessed him leaving the Job on many
occasions and when I call Diane Cox
she would never return my Phone calls

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

I feel I was wrongfully terminated
Because I knew to much about constant
Violations I wish to settle for 15,000
Dollars, I worked very hard for this
Company and in the end I got
wrongfully terminated

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

ON July 4th there was an issue with a Black Residents who were very highly intoxicated to the point where I had to call in the Local Law enforcement to try Diffuse the situation that was going on. The one Black resident who was a male was told By Law Enforcement to go Back to his apartment when said individual entered his Bldg he made a statement Directly to me that he was going to Kill me, This was witnessed By another resident who is Caucasion her Name is ~~xxxxx~~ Sally Jass, The Local Law enforcement, Never Documented that said Black male who Threatened me was Never told to keep his mouth shut

In November 2018 Ideal Security hired a new employee who also African American, This man was hired to work the 12 to 8 shift every Friday and Saturday Nite, he was consistenty late anywhere from 30 mintutes to an hour, Everytime I would try to make contact with my Supervisor / He name is Diane Cox She never would acknowledge my Phone calls (Not one time) And I was never compensated For the extra time I had to spend waiting for my Relief. I did however Did my own investigation and found out than any employee who is consistently late / was suppose to be grounds for Dismissal that never happened

During this same period
Another issue came up with
Another Resident who Also was
a Black Female, she started
Rumors About me, she stated
to my Boss that I was
Leaving my Post And was
going into different Apartments
And Having Sex with Prostitutes
This was Never Proven to Be
True, However my Supervisor
was contacted By said individual
And I was given A Stern warning
Not To ever do what I was
Accused of, or else I would Be
Terminated, I feel without Any
Doubt That I was singled out
Because of my race
Also there was Another employee
who's Name is GINO BARCHETTA
was consistently leaving his
Job site in his CAR, And he would
Not return For sometimes An hour
or more, This same employee was
Very Racist, I witnessed ON MANY
OCCASIONS him using the(N) word
This employee is still employed

with Ideal Security my Supervisor who has stated many times to all the officers, that when you see another employee Breaking rules, to immediatly call her and let her know what the other officer was Doing. Everytime I tried to contact my Boss / Diane Cox she never acknowleged my Phone calls, I Believe that my Boss would never Return any of my Phone calls is Because she was afraid of him This same employee, single Handedly Turned the work Place into a very Hostile inviron ment My Biggest question is why was this employee was allowed to continue to Break the rules while Ideal Security never Done anything about it

Thank You For your cooperation in this matter.
Hoping For A Peaceful Resolution
Yours Truly Dave Burrows/my Phone #
is 386-222-5522

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _1/28_ , 20_20_

Signature of Plaintiff _Dave Burrows_

Printed Name of Plaintiff _Dave Burrows_

**B.**    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*Office of the Clerk*
701 CLEMATIS STREET, ROOM 202
WEST PALM BEACH, FLORIDA 33401-5196

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$1.60
US POSTAGE
FIRST-CLASS
062S10896292
32174
000007022



United States District Court
Southern District of Florida
Office of the Clerk
701 Clematis Street Room 202
West Palm Beach Florida 33401-5196